IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FEDERAL TRADE COMMISSION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 03C3578 |
| | ) | |
| v. | ) | Judge Amy J. St. Eve |
| | ) | |
| QT, INC., Q-RAY COMPANY, | ) | |
| BIO-METAL, INC., QUE TE PARK a.k.a. | ) | |
| ANDREW Q. PARK and JUNG | ) | |
| JOO PARK, | ) | |
| | ) | |
| Defendants. | ) | |

**FILED**
JUN 2 1 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**DOCKETED**
AUG 2 7 2003

## NOTICE OF MOTION

TO: Serena Viswanathan          Steven M. Wernikoff
    Federal Trade Commission    Federal Trade Commission
    601 New Jersey Ave., N.W.   55 E. Monroe St., Suite 1300
    Washington, D.C. 20580      Chicago, Illinois 60603

**PLEASE TAKE NOTICE** that on July 24, 2003, at 10:00 a.m., or as soon thereafter as counsel may be heard, Defendants shall appear before the Honorable Judge Amy J. St. Eve, or any judge sitting in her stead, in Room 1203 of the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present Defendants' Application for Leave to File Motion Under Seal, Motion to Release Restricted Assets and [Draft] Order Granting Defendants' Motion to Release Restricted Assets.

QT, INC., et al.

By: _____
One of their Attorneys

Larry A. Mackey (#1723324)
Scott T. Longman (#6217399)
Melissa A. Vallone (#6238283)
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, Illinois 60606
Phone: (312) 357-1313
Fax:   (312) 759-5646
175875v1

## CERTIFICATE OF SERVICE

The undersigned, a non-attorney, certifies that a copy of the foregoing Defendants' Application for Leave to File Motion Under Seal, Motion to Release Restricted Assets and [Draft] Order Granting Defendants' Motion to Release Restricted Assets were served upon the following individuals:

Serena Viswanathan  
Federal Trade Commission  
601 New Jersey Ave., N.W.  
Washington, D.C. 20580

Steven M. Wernikoff  
Federal Trade Commission  
55 E. Monroe St., Suite 1300  
Chicago, Illinois 60603

by Federal Express, priority overnight delivery on this 21st day of July, 2003.

SUBSCRIBED and SWORN to before me this 21st day of July, 2003.

Notary Public

OFFICIAL SEAL
MELISSA A VALLONE
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES: 06-03-07

CHDS01 MAV 175875

2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FEDERAL TRADE COMMISSION, | ) |
| Plaintiff, | ) |
| v. | ) No. 03C3578 |
| QT, INC., Q-RAY COMPANY, BIO-METAL, INC., QUE TE PARK a.k.a. ANDREW Q. PARK and JUNG JOO PARK, | ) Judge Amy J. St. Eve |
| Defendants. | ) |

**FILED** JUN 21 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## DEFENDANTS' APPLICATION FOR LEAVE TO FILE MOTION UNDER SEAL

Defendants, QT, Inc., Q-Ray Company, Bio-Metal, Inc., Que Te Park a.k.a. Andrew Q. Park and Jung Joo Park (collectively "Defendants") hereby apply for leave to file their Motion to Release Restricted Assets under seal. Defendants file this application pursuant to Order of the Court dated June 11, 2003 and Paragraph 10 of the Stipulated Protective Order, as amended by the Court on June 26, 2003, because Defendants' Motion contains confidential financial information.

Respectfully submitted,

QT, Inc., et al.

By: _____
One of Their Attorneys

Larry A. Mackey (#1723324)
Scott T. Longman (#6217399)
Melissa A. Vallone (#6238283)
Barnes & Thornburg
One North Wacker Drive
Suite 4400
Chicago, IL 60606
(312) 357-1313
(312) 759-5646 (Fax)
CHDS01 MAV 175959